People v Concepcion

2026 NY Slip Op 02851

May 6, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,

v

Angel Concepcion, appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department

Decided on May 6, 2026

2023-09267, (Ind. No. 70223/22)

Mark C. Dillon, J.P.

Lara J. Genovesi

William G. Ford

Janice A. Taylor

James P. McCormack, JJ.

Patricia Pazner, New York, NY (Jordan Goodson of counsel), for appellant.

Michael E. McMahon, District Attorney, Staten Island, NY (Matthew B. White of counsel), for respondent.

[*1]

DECISION & ORDER

Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Richmond County (Lisa Grey, J.), imposed September 8, 2022, upon his plea of guilty, on the ground that the sentence was excessive.

ORDERED that the sentence is affirmed.

The record demonstrates that the defendant knowingly, voluntarily, and intelligently waived his right to appeal (see People v Thomas, 34 NY3d 545; People v Lopez, 6 NY3d 248). The defendant's valid waiver of his right to appeal precludes appellate review of his contention that the sentence imposed was excessive (see People v Lopez, 6 NY3d at 255).

DILLON, J.P., GENOVESI, FORD, TAYLOR and MCCORMACK, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court